**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:11-CR-00099-RWS |
| KEVIN JERARD CONARD, | : | |
| | : | |
| Defendant. | : | |

### **ORDER**

This case is before the Court for consideration of the Report and Recommendation [25] of Magistrate Judge E. Clayton Scofield, III. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Motions to Suppress in both cases [21 and 22 in 1:00-CR-859 and 9 in 1:11-CR-99] are hereby **DENIED**.

**SO ORDERED** this  4th  day of November, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE